Ruskiewicz, Maria
Attorney Maria Ruskiewicz
13791 East Rice Place
AURORA, CO 80015



**COLORADO**
Department of
Regulatory Agencies
Colorado Division of Civil Rights

June 24, 2015

Buachomphoo Taconi
19810 East 59th Place
AURORA, CO 80019

Charge Number: E20150256

Buachomphoo Taconi v. Ameristar Casino Black Hawk, Inc. a/k/a Ameristar Hotel And Casino

Dear Buachomphoo Taconi,

## Notice of Early Right to Sue

This letter is to inform you that your charge, captioned above, is being closed effective the date shown herein for the following reasons:

You have requested an Early Right To Sue letter from the Colorado Civil Rights Division. If a claimant makes a request for a notice of right to sue prior to the expiration of one hundred eighty days following the filing of the charge, the Division shall grant the request upon a determination that the investigation of the charge will not be completed within the one hundred eighty days following the filing of the charge. [C.R.S. 24-34-306 (15)]

Such a determiniation has been made, and the Division is terminating action on your charge at your request.

If you wish to file a civil action in a district court in this state, which action is based on the alleged discriminatory or unfair practice that was the subject of the charge you filed with the Division, you must do so: Within ninety days of the date of mailing of this notice.

If you do not file an action within the time limits specified above, such action will be barred and no district court shall have jurisdiction to hear such action. [C.R.S. 24-34-306 (2)(b)(I)(B)(C)]

Please be advised that the issuance of a notice of right to sue at any time shall terminate all further processing of any charge by the Division; and shall constitute final agency action; and exhaustion of administrative remedies and proceedings pursuant to Part 3 of Article 34 of Title 24, C.R.S. Neither the Division nor the Commission will provide assistance in assessing the claim or providing legal assistance in the filing or framing of any legal action.

If you have any questions regarding this decision, feel free to contact this office at (303) 894-2997.

Sincerely,

Rufina A. Hernandez
Director

L169a, Notice of Early Right To Sue

## CERTIFICATE OF MAILING

This is to certify that on **June 24, 2015** a true and exact copy of the Closing Action of the above-referenced charge was deposited in the United States mail, postage prepaid, addressed to the parties and/or representatives listed below.

CCRD Case Number:
E20150256
EEOC Case Number:
32A-2015-00132

Taconi, Buachomphoo
19810 East 59th Place
AURORA, CO 80019

Ameristar Casino Black Hawk, Inc. a/k/a Ameristar Hotel And Casino
P.O. Box 45
BLACK HAWK, CO 80422

Ruskiewicz, Maria
Attorney Maria Ruskiewicz
13791 East Rice Place
AURORA, CO 80015

Gang, Josh
Pinnacle Entertainment, Inc.
3980 Howard Hughes Pwky
LAS VEGAS, NV 89169

*[signature]*

**Erin Hayes**
**Colorado Department of**
**Regulatory Agencies**
Division of Civil Rights
1560 Broadway, Suite 1050
Denver, CO 80202
P 303.894.2997
www.dora.state.co.us

**STATE OF COLORADO**

Department of Regulatory Agencies
Civil Rights Division
1560 Broadway
Suite 1050
Denver, Colorado 80202-5143

M360700183

800 800 80015 **OV-102**

6011150626-120658

7

80015

PRSRT FIRST-CLASS MAIL
US POSTAGE PAID
Denver, CO
PERMIT# 738