**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-02099-REB-NYW

BUACHOMPHOO TACONI,

Plaintiff,

v.

AMERISTAR CASINO BLACK, HAWK, INC. d/b/a AMERISTAR CASINO RESORT SPA BLACK HAWK,

    Defendant.

## ORDER

This matter is before me *sua sponte*. I recently entered an **Order Denying Without Prejudice Plaintiff's Motion for Default Judgment** [#18],[1] filed February 25, 2016, noting that plaintiff's motion "fail[ed] to apprise the court as to how plaintiff believes the facts set forth in the complaint – and now admitted by defendant's failure to answer or otherwise." *Id.* at 2. I therefore denied plaintiff's motion without prejudice.

In so doing, however, I neglected to set a deadline for plaintiff to submit a properly substantiated motion for default judgment.[2] So that this case does not languish on the docket, I find it appropriate to set a deadline for the submission of any such motion.

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] In this regard, I note that plaintiff did not file her original motion for default judgment until prompted by the magistrate judge. (**See Courtroom Minutes** [#17], filed February 9, 2016.)

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff shall file a properly substantiated motion for default judgment, if any, on or before **April 8, 2016**; and

2. If no such motion is filed, this case will be closed administratively.

Dated March 18, 2016, at Denver, Colorado.

                                                      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge