

**Attorney Maria Ruskiewicz**
2851 S Parker Rd, Ste 410
Aurora, CO 80014

# Invoice #380
Apr 8, 2016

Invoice for
Buachomphoo Taconi
19810 E 59th Pl.
Aurora CO 80019

In reference to
1:15-cv-02099 Buachomphoo Taconi v. American Casino Black Haw, Inc dba Ameristar Casino Resort Spa Black Hawk

Lodestar & Costs

## Professional Services-Billable Time

| Date | Attorney | Description | Hours/Rate | Subtotal |
|---|---|---|---|---|
| Jul 6, 2015 | AttorneyMaria | calnedar right to sue | 00:12 $350.00 | $70.00 |
| Aug 17, 2015 | AttorneyMaria | tim taconi<br>book appointment for one hour for federal filing case on discrimination | 00:12 $350.00 | $70.00 |
| Aug 19, 2015 | AttorneyMaria | Client appointment<br>federal filling for discrimination<br>Documents in file to give | 01:00 $350.00 | $350.00 |
| Sep 21, 2015 | AttorneyMaria | Notice of early right to sue is being closed.<br>Call back client Tim Taconi<br>Wants to know what this means for his wife's case | 00:12 $350.00 | $70.00 |
| Sep 21, 2015 | AttorneyMaria | Dead line for September 22,2015<br>Tuesday, September 22, 2015 have a dead line for the right to sue. | 00:12 $350.00 | $70.00 |
| Oct 22, 2015 | AttorneyMaria | Call Back to schedule with Ed | 00:12 $350.00 | $70.00 |
| Oct 26, 2015 | AttorneyMaria | Ed Case Meeting | 01:00 $350.00 | $350.00 |
| Nov 2, 2015 | AttorneyMaria | Email or call to tell, what was going to happen with the case<br>10/30- Ed came in office i let know to email them about there case | 00:06 $350.00 | $35.00 |

15



**Attorney Maria Ruskiewicz**
2851 S Parker Rd, Ste 410
Aurora, CO 80014

# Invoice #380
Apr 8, 2016

| | | | Hours/Rate | Subtotal |
|---|---|---|---|---|
| Nov 6, 2015 | AttorneyMaria | client communication-tim taconi<br>talked to client about filed suit and federal right to sue that was issued in his box today. | 00:12<br>$350.00 | $70.00 |
| Nov 12, 2015 | AttorneyMaria | client communication-tim taconi<br>call bua ask about how to cook/use the stuff she gave us. | 00:06<br>$350.00 | $35.00 |
| Dec 8, 2015 | AttorneyMaria | consent for pilot program due | 00:12<br>$350.00 | $70.00 |
| Dec 8, 2015 | AttorneyMaria | called tim taconi<br>for choice of interpreter<br>udon thani thailand<br>googled that is the | 00:06<br>$350.00 | $35.00 |
| Dec 14, 2015 | AttorneyMaria | Call Back tim taconi<br>need to know what time to be at the court? and wife would like to have an appointment with maria before Wednesday<br><br>-12/16 let client know that that they will be good for court tomorrow they do not need to come down to have a meet since it will be a scheduling hearing to just bring them selfs | 00:12<br>$350.00 | $70.00 |
| Dec 16, 2015 | AttorneyMaria | Double check with Ed<br>Is he still working on this case? if so court on Thursday client would like to have a meeting prior to the court hearing.<br><br>-12/14 left voicemail to call and confirm with me<br>-12/16 Will cover sandals case but this one. | 00:20<br>$350.00 | $140.00 |
| Dec 18, 2015 | AttorneyMaria | Call back client-Ed<br>For list of what he needs to get together | 00:06<br>$350.00 | $35.00 |
| Dec 18, 2015 | AttorneyMaria | scheduling proposed | 00:12<br>$350.00 | $70.00 |
| Dec 23, 2015 | AttorneyMaria | call | 00:12<br>$350.00 | $70.00 |



**Attorney Maria Ruskiewicz**
2851 S Parker Rd, Ste 410
Aurora, CO 80014

# Invoice #380
Apr 8, 2016

| | | | Hours/Rate | Subtotal |
|---|---|---|---|---|
| Jan 5, 2016 | AttorneyMaria | voicemail tim taconi<br>yes this is tim taconi calling for maria 7204271520 uh still have not seen email about the numbers may have sent to gmail account that i sent from i don't use it i don't remember how to get in to it if you can just sent it at app2000msn.com if you can sent there and would like to touch base and see whats the latest, thank you have a great year bye | 00:06<br>$350.00 | $35.00 |
| Feb 9, 2016 | AttorneyMaria | Case Update<br>Judge Wang's Chambers<br>get someone in charge on phone | 00:30<br>$350.00 | $175.00 |
| Feb 11, 2016 | AttorneyMaria | Scan Docs | 01:00<br>$350.00 | $350.00 |
| Mar 16, 2016 | AttorneyMaria | call court<br>let know it will be filed by end of next week | 00:06<br>$350.00 | $35.00 |
| Mar 23, 2016 | AttorneyMaria | Call Tim<br>Has questions on email you sent him 2016-02-11 would like a call back left message to call back. | 00:12<br>$350.00 | $70.00 |
| Mar 23, 2016 | AttorneyMaria | Call Settlement Partners<br>person settles case--structured annuity--if not then not get paid. don't have a fee schedule. clients work with settling cases. plaintiff personal injury and medical malpractice. WC--PTD take average weekly wage-IME or DIME age rated costs, figure out value in todays today dollar--not discounted like economist--attend settlement conference with injured party what can get for different levels of offers, fees and costs and this much left then annuity--amount of times. options. settling take all cash out of luck--if use annuity. attorney does justify<br>personal injury--life care plan--take it spread sheet it--costs of living adjustments to categories and strip out private insurance or public benefit insurance figure out costs of life care plan over time. not using discount value--annuity. not so much language and skills; only age and/or physical issues. race or other--no. male-female and age. different mortality tables by year generates rates. so 100k to ny life or prudential | 00:12<br>$350.00 | $70.00 |



| | Hours/Rate | Subtotal |
|---|---|---|

may be different. spend and most monthly or more benefit for lowest cost.

we are brokers--use it for wrongful death or WC or PI 104-82 tax free--fixed annuity with licensed--can't take it out. sell them or whatever. fixed product. checks can come weekly or monthly. quarterly. medicare set aside annual payment lump sum. living on--one payment or two a month. annuity pay commission pay on value of commission. one time commission on money--often time insurance company has a broker--plaintiff on broker then split. 4% of premium. interest gains tax free to client. if take and deposit into trust then purchase another annuity-retail or presa--put into then growth is taxed.

structured annuity part of settlement process--if write check--am sam structure 100k on 500k settlement. 100k paid direct to company.

can't loose on structured.

call and set appointment.

money and trust management. offered too.
licensed and insured.
biz since 25 years. 16 years.
craig ierich.

if not paid direct (broker) then no pay and no skin



**Attorney Maria Ruskiewicz**
2851 S Parker Rd, Ste 410
Aurora, CO 80014

# Invoice #380
Apr 8, 2016

| Date | Who | Description | Hours/Rate | Subtotal |
|---|---|---|---|---|
| Mar 24, 2016 | AttorneyMaria | Call client<br>Ask about benefits: health insurance, dental, stock options, pension, bonuses, commissions, paid lunches, gym memberships, etc. Any overtime, average per week number of hours?? Holidays worked and holiday pay, time and a half? Birthday Pay? Foreseen promotions? How much new person making? Earning potential??<br><br>all of it. top of line insurance. dental-optical-healt-prescription--husband was included--monthly was $400 a month.<br>discounts--if she stays out of town at property got employee rate<br>48 hours per week. minimum 8 hours a week overtime--<br>paid holidays--then quit paying.<br>promotions--cook two? good years while 9 years. pay increase?<br>new person makes? in her same position? western hotel out by airport. she's making $16 an hour--26 hours. cook there too.<br>casino cherry hills country club--before this one--not getting 40 hours $12 an hour-cook.<br>mardi gras casino-part time. were harassing her and telling her subs not to listening here. position buffet supervisor $18?<br>the chef from ameristar called there and asked someone how much she was making.<br>husband had tumor surgery out of work then AAA while working. still had insurance.<br>she had him for at least 1 year plus into his employment at lady luck where he worked for three years before<br>still took money out of her check.<br>she had husband insurance when she left there until at western. he was paying $380 for two of us. westend both on keiser--$400 plus a month--its different--prescirpiotns are a lot cheaper but you pay responsible 100% of deductible but get in faster see dr. $1000 each then 10% after that.<br><br>mom there she had two episodes knocked her out and never came back on october 15, 2016. son didn't show up. theres no service. | 00:12<br>$350.00 | $70.00 |



**Attorney Maria Ruskiewicz**
2851 S Parker Rd, Ste 410
Aurora, CO 80014

# Invoice #380
Apr 8, 2016

| Date | Attorney | Description | Hours/Rate | Subtotal |
|---|---|---|---|---|
| Apr 7, 2016 | AttorneyMaria | Wait vocational expert- no hire<br>Katie Montoya | 00:12<br>$350.00 | $70.00 |
| Apr 7, 2016 | AttorneyMaria | Notice of Electronic Filing | 00:12<br>$350.00 | $70.00 |
| Apr 7, 2016 | AttorneyMaria | Communications with MVL<br>MVL State Backed Bar Referral Agency | 00:12<br>$350.00 | $70.00 |
| Apr 7, 2016 | AttorneyMaria | Client Meeting<br>Retainer | 01:00<br>$350.00 | $350.00 |
| Apr 7, 2016 | AttorneyMaria | Intro with Request<br>Intro letter with Request for employment records to Casino | 00:30<br>$350.00 | $175.00 |
| Apr 7, 2016 | AttorneyMaria | Consultation | 01:00<br>$350.00 | $350.00 |
| Apr 7, 2016 | AttorneyMaria | Client Communication<br>Mail Documents | 00:12<br>$350.00 | $70.00 |
| Apr 7, 2016 | AttorneyMaria | Client communication<br>Dora signature | 00:20<br>$350.00 | $140.00 |
| Apr 7, 2016 | AttorneyMaria | Draft and Fax DORA | 00:30<br>$350.00 | $175.00 |
| Apr 7, 2016 | AttorneyMaria | Client communication<br>Signature for Charge of Discrimination | 00:20<br>$350.00 | $140.00 |
| Apr 7, 2016 | AttorneyMaria | Response to Complaint | 01:00<br>$350.00 | $350.00 |
| Apr 7, 2016 | AttorneyMaria | Dora Packet complaint<br>Review-Calendar | 02:00<br>$350.00 | $700.00 |
| Apr 7, 2016 | AttorneyMaria | MVL Communication<br>Update on payouts if any | 00:12<br>$350.00 | $70.00 |
| Apr 7, 2016 | AttorneyMaria | Mediation Unsuccessful<br>No participation by opposing party | 00:12<br>$350.00 | $70.00 |
| Apr 7, 2016 | AttorneyMaria | Draft and File Rubuttal | 03:00<br>$350.00 | $1,050.00 |



**Attorney Maria Ruskiewicz**
2851 S Parker Rd, Ste 410
Aurora, CO 80014

# Invoice #380
Apr 8, 2016

| | | | Hours/Rate | Subtotal |
|---|---|---|---|---|
| Apr 7, 2016 | AttorneyMaria | Early Right to Sue<br>Draft and Request | 00:20<br>$350.00 | $140.00 |
| Apr 7, 2016 | AttorneyMaria | Research<br>Secretary of State for Business information | 00:30<br>$350.00 | $175.00 |
| Apr 7, 2016 | AttorneyMaria | Address change DORA<br>for firm | 00:12<br>$350.00 | $70.00 |
| Apr 7, 2016 | AttorneyMaria | EEOC right to sue | 00:12<br>$350.00 | $70.00 |
| Apr 7, 2016 | AttorneyMaria | Draft and File Complaint<br>Civil Sheet, Summons | 02:00<br>$350.00 | $700.00 |
| Apr 7, 2016 | AttorneyMaria | Forthwith Motion to Reopen<br>Based on Clerical Error with two consecutive filed cases with the same case number-one got closed-this one due to that error | 02:00<br>$350.00 | $700.00 |
| Apr 7, 2016 | AttorneyMaria | Order Setting Scheduling/Planning<br>review, calendar and bind | 00:20<br>$350.00 | $140.00 |
| Apr 7, 2016 | AttorneyMaria | Prep for Court<br>binders, copies, review case and statutory laws, local rules | 02:00<br>$350.00 | $700.00 |
| Apr 7, 2016 | AttorneyMaria | Court<br>Motion for default-Opposing party no show | 03:00<br>$350.00 | $1,050.00 |
| Apr 7, 2016 | AttorneyMaria | draft and file notice for interpreter | 00:12<br>$350.00 | $70.00 |
| Apr 8, 2016 | AttorneyMaria | deadline for filing motion for default judgement | 20:00<br>$350.00 | $7,000.00 |
| Apr 8, 2016 | AttorneyMaria | call client<br>and her husband to get in today to office for a couple reasons<br>1. need paystubs from the job with ameristar;<br>2. need paystubs from jobs since ameristar to date<br>3. need statement notarized and sworn to about hours, embarrassment etc. | 00:12<br>$350.00 | $70.00 |

# Payment Method

Save time and energy by calling our office to setup automatic credit card payments. Payments can be automatically taken weekly, biweekly, or monthly for any designated date.

Checks are to be made payable to **Attorney Maria Ruskiewicz**. Checks, cashier checks, and money orders mail to:

**Attorney Maria Ruskiewicz**
**2851 S Parker Rd, Ste 410**
**Aurora, CO 80014**

Cash payments are to be made at the office in person. Please call the office before stopping by to ensure the office is open. It is your responsibility to receive a receipt for payment before leaving the office.

Billing concerns must be communicated to the office within 14 days of the date on the invoice. If no notice is received by the office within the 14 days, then client and payor agree to the invoice.

Thank you again for choosing Attorney Maria to Fight For Your Rights. We appreciate your business and value referrals to family, friends, and co-workers.

**Fighting Hard**  **Fighting Smart**

# Métod de Pago

Salve el tiempo y la energía llamando nuestra oficina al sistema pagos de tarjeta de crédito automáticos, los pagos pueden ser automáticamente tomados semanario, cada dos semanas, o mensualmente para cualquier fecha designada.

Cheques deben ser hechos a nombre de **Attorney Maria Ruskiewicz**. Cheques, cheques de caja y money orders a:

**Attorney Maria Ruskiewicz**
**2851 S Parker Rd, Ste 410**
**Aurora, CO 80015**

Los pagos en efectivo se deben hacer en la oficina en persona. Por favor llame a la oficina antes de pasar para asegurar que la oficina está abierta. Es su responsabilidad de recibir un recibo de pago antes de salir de la oficina.

Preocupaciones de facturación deben ser comunicados a la oficina dentro de los 14 días siguientes a la fecha en la factura. Si no hay notificación haya sido recibida por la oficina dentro de los 14 días, a continuación, el cliente y el pagador están de acuerdo a la factura.

Gracias de nuevo por elegir a la Abogada Maria para Luchar Por Sus Derechos. Apreciamos su negocio y valoramos remisiones a familia, amigos, y compañeros de trabajo.

**Luchando Duro**  **Luchando Inteligente**

No Data



**Attorney Maria Ruskiewicz**
2851 S Parker Rd, Ste 410
Aurora, CO 80014

# Invoice #380
Apr 8, 2016

| | | | Hours/Rate | Subtotal |
|---|---|---|---|---|
| | | | | $17,220.00 |

## Expenses

| | | | Qty/Price | Subtotal |
|---|---|---|---|---|
| Aug 5, 2014 | LegalStaff | USPS Certified | $5.00 | $5.00 |
| ~~9/31/2015~~ Oct 2, 2015 | LegalStaff | cm/ecf original filing  CM/ECF filing fee  Filing of Complaint against Ameristar | ~~400~~  $400.00 | ~~400~~ mr  $400.00 |
| Nov 3, 2015 | AttorneyMaria | Process Serve  On Ameristar service of summons in a civil action and complaint with other documents | $93.50 | $93.50 |
| Apr 7, 2016 | LegalStaff | PACER charges  through out claim | $20.00 | $20.00 |
| Apr 8, 2016 | AttorneyMaria | Download file | $7.00 | $7.00 |

~~$525.50~~ mr
$925.50

*The invoice + costs are done under Lodestar. atty 4/8/16*

| | Invoice Subtotal | $17,745.50 |
|---|---|---|
| | Total due by May 8, 2016 | **$17,745.50** |

Buachomphoo Taconi Invoice # 380

State of Colorado
County of Arapahoe
The foregoing instrument was acknowledged before me this (date) by (name of person acknowledging).

_Giselle Contreras_
(Notary's official signature)

03-28-2020
(Commission Expiration)

Notary
Seal

GISELLE CONTRERAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID # 20164011945
MY COMMISSION EXPIRES 03-28-2020