# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-02099–REB-NYW

BUACHOMPHOO TACONI,

    Plaintiff,

v.

AMERISTAR CASINO BLACK, HAWK, INC d/b/a AMERISTAR CASINO RESORT SPA BLACK HAWK,

    Defendant.

## MINUTE ORDER[1]

    The matters before me are (1) **Plaintiff's Motion for Default Judgment and Hearing on Compensatory, Punitive and Tax Consequence Hearing** [#20],[2] filed April 8, 2016; (2) plaintiff's **Second Motion for Entry of Default** [#21], filed April 8, 2016; and (3) plaintiff's **Second Motion for Order To** [sic] **Default Judgment** [#22], filed April 8, 2016. As entry of default has already been made by the clerk of the court [#9], filed December 17, 2015, plaintiff's second such motion is unnecessary and thus moot.

    As for plaintiff's motions for default judgment, they appear to have been filed without the slightest awareness of this court's Civil Practice Standards. The substantive motion comprises 47 pages, *three times* the length presumptively allowed by the Practice Standards. *See* **REB Civ. Practice Standard** IV.B.1. The formatting and typeface of the motion also does not comply with the requirements of the Practice Standards. *See* **REB Civ. Practice Standard** II.E.1. In addition, to the extent it is not redundant of the motion for default judgment [#20], the "second motion for order" [#22] merely consists of the exhibits in support of the motion for default judgment. These exhibits should be appended to the motion which they putatively support, rather than filed as a separate motion. Accordingly, these motions must be stricken.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

   This is now the second time this court has been required to make counsel aware of her failure to comply with the rules of procedure applicable to litigants in this district. (*See* **Order Denying Without Prejudice Plaintiff's Motion for Default Judgment** [#18], filed February 25, 2016.)[3]  Counsel for plaintiff is strongly advised to read and heed both the Local Rules of Practice of the United States District Court for the District of Colorado – Civil and this court's Civil Practice Standards, as well as all applicable procedures for filing documents in CM/ECF in future, as further noncomplying documents may be be stricken without notice.

   **THEREFORE, IT IS ORDERED** as follows:

   1. That plaintiff's **Second Motion for Entry of Default** [#21], filed April 8, 2016, is denied as moot;

   2. That **Plaintiff's Motion for Default Judgment and Hearing on Compensatory, Punitive and Tax Consequence Hearing** [#20], filed April 8, 2016, is stricken;

   3. That plaintiff's **Second Motion for Order To** [sic] **Default Judgment** [#22], filed April 8, 2016, is stricken;

   4. That plaintiff may file a compliant, substantiated motion for default judgment on or before **April 18, 2016**; and

   5. That if no such motion is filed, this case will be closed administratively.

   Dated: April 11, 2016

---

[3] Moreover, the court has twice had to prompt counsel to move this case forward.  (*See* **Order** [#19], filed March 18, 2016; **Courtroom Minutes** [#17], filed February 9, 2016.)